UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ PENSION FUND,      Civil Action No. 18-cv-4278
BUILDING SERVICE 32BJ LEGAL SERVICES FUND,
THOMAS SHORTMAN TRAINING, SCHOLARSHIP
AND SAFETY FUND, AND
BUILDING SERVICE 32BJ SUPPLEMENTAL
RETIREMENT AND SAVINGS FUND

                            Plaintiffs,

            v.

MAVERICK BUILDING SERVICES, INC.

                            Defendant.
-------------------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs hereby give notice that the above-captioned matter is voluntarily dismissed, without prejudice against the defendant.

Dated:   Fort Lee, New Jersey
         August 29, 2018

                                    Raab, Sturm & Ganchrow, LLP

                                    By: _____
                                    Samuel R. Bloom (SB1988)
                                    Attorneys for Plaintiffs Funds
                                    2125 Center Avenue, Suite 100
                                    Fort Lee, New Jersey 07024
                                    (201) 292-0150